1  CENTER FOR DISABILITY ACCESS
   Amanda Seabock, Esq., SBN 289900
2  Prathima Price, Esq., SBN 321378
   Dennis Price, Esq., SBN 279082
3  8033 Linda Vista Road, Suite 200
   San Diego, CA 92111
4  (858) 375-7385; (888) 422-5191 fax
5  amandas@potterhandy.com
6
   Attorneys for Plaintiff, RAFAEL ARROYO, JR.
7
8              UNITED STATES DISTRICT COURT
9              CENTRAL DISTRICT OF CALIFORNIA
10 RAFAEL ARROYO, JR.,                    ) Case No.: 5:21-cv-08191-VC
                                          )
11         Plaintiff,                     )
                                          )
12    v.                                  ) **NOTICE OF SETTLEMENT AND**
                                          ) **REQUEST TO VACATE ALL**
13 MI PUEBLO NEWCO, LLC, a Delaware       ) **CURRENTLY SET DATES**
   Limited Liability Company,             )
14                                        )
           Defendants,                    )
15 _____       )

16      The plaintiff hereby notifies the court that a provisional settlement has been

17 reached in the above-captioned case. The Parties would like to avoid any additional

18 expense while they focus efforts on finalizing the terms of the settlement and reducing it

19 to a writing. The plaintiff, therefore, applies to this Honorable Court to vacate all

20 currently set dates with the expectation that the settlement will be consummated within

21 the coming sixty (60) days, allowing for a Joint Stipulation for Dismissal with prejudice

22 as to all parties to be filed.

23
                           CENTER FOR DISABILITY ACCESS
24

25 Dated: January 11, 2022      /s/ Amanda Seabock
                                Amanda Seabock
26                              Attorney for Plaintiff

27

28