CENTER FOR DISABILITY ACCESS
Amanda Seabock, Esq., SBN 289900
Prathima Price, Esq., SBN 321378
Dennis Price, Esq., SBN 279082
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL ARROYO, JR.,<br><br>  Plaintiff,<br><br>  v.<br><br>MI PUEBLO NEWCO, LLC, a Delaware Limited Liability Company,<br><br>  Defendants. | **Case:** 3:21-cv-08191-VC<br><br>**Plaintiff's Notice of Voluntary Dismissal With Prejudice**<br><br>**Fed. R. Civ. P. 41(a)(1)(A)(i)** |

**PLEASE TAKE NOTICE** that Plaintiff Rafael Arroyo, Jr., hereby voluntarily dismisses the above captioned action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Defendant Mi Pueblo Newco, LLC has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

Dated: February 14, 2022          CENTER FOR DISABILITY ACCESS


                                  By:   /s/ Amanda Seabock
                                        Amanda Seabock
                                        Attorneys for Plaintiff